UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JUVENCIO GARCIA GONZALEZ,

Plaintiff,

v.

FNU LNU, et al.,

Defendants

No. 5:25-CV-274-H

**ORDER**

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that this case be dismissed without prejudice for lack of subject matter jurisdiction and failure to comply with Court orders. Dkt. No. 10. No objections were filed, and the plaintiff has taken no action in this case since December 23, 2025. *See* Dkt. No. 7.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendant are dismissed without prejudice for lack of subject matter jurisdiction and failure to comply with Court orders. The plaintiff's applications to proceed in forma pauperis (Dkt Nos. 4; 6) are denied as moot.

So ordered on August 20, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE